UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

       Joseph Banfi &                                    Case No.: 19-77029-ast
       Kristen A. Banfi,                                   Chapter 7


                                 Debtors.
----------------------------------------------------------X

## AMENDED ORDER GRANTING MOTION TO RECONSIDER ORDER GRANTING IN PART AND DENYING IN PART MOTION SEEKING TO AVOID JUDICIAL LIENS

In accordance with this Court's Memorandum Decision Granting Motion To Reconsider Order Granting In Part And Denying In Part Motion Seeking To Avoid Judicial Liens entered contemporaneously herewith, this Court's March 2, 2020 Order at dkt item 16 is hereby amended to also grant relief sought by Kristen Banfi avoiding judgment liens made the subject of Debtors' January 21, 2020, 522(f) Motion. [dkt item 12]. Based thereon, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 522(f)(1)(A), upon entry of a discharge order, the following judicial liens shall be vacated, expunged, and avoided as liens of record against both Joseph Banfi and Kristen Banfi's interests in the property at 79 Friendship Drive, Rocky Point, New York 11788:

1.      Clerk of the Suffolk County Traffic & Parking Violations Agency vs. Joseph Banfi, under Index Number S16-000164733, recorded with the Clerk of Suffolk County, State of New York, on 11/02/2016, under Seq # 3544 in the amount of $105;

2.      Clerk of the Suffolk County Traffic & Parking Violations Agency vs. Joseph Banfi, under Index Number S15-000331590, recorded with the Clerk of Suffolk

County, State of New York, on 01/28/2016, under Seq # 1282, in the amount of $105,

3.      Clerk of the Suffolk County Traffic & Parking Violations Agency vs. Joseph Banfi, under Index Number S15-000288097, recorded with the Clerk of Suffolk County, State of New York, on 12/23/2015, under Seq # 950, in the amount of $105,

4.      Clerk of the Suffolk County District Court vs. Joseph Banfi, under Index Number HUT262726, recorded with the Clerk of Suffolk County, State of New York, on 08/13/2009, under Seq # 385, in the amount of $130,

5.      Clerk of the Suffolk County District Court vs. Joseph Banfi, under Index Number HUT271932, recorded with the Clerk of Suffolk County, State of New York, on 01/13/2010, under Seq # 1452, in the amount of $130,

6.      Incorporated Village of Port Jefferson vs. Joseph Banfi, under Index Number 0000, recorded with the Clerk of Suffolk County, State of New York, on 07/15/2010, under Seq # 23, in the amount of $650,

7.      Perillo Bros Fuel Oil Corp vs. Joseph Banfi & Kristen Banfi, under Index Number CC 000122 15 BA, recorded with the Clerk of Suffolk County, State of New York, on 09/11/2015, under Seq # 41, in the amount of $399.75,

8.      Clerk of the Suffolk County Traffic & Parking Violations Agency vs. Joseph Banfi, under Index Number S15-000047622, recorded with the Clerk of Suffolk County, State of New York on 10/30/2015 under Seq # 2794, in the amount of $105.00.

9.     Clerk of the Suffolk Country Traffic & Parking Violations Agency vs. Kristen A Banfi, under Index Number S18-000113755, recorded with the Clerk of Suffolk County, State of New York on 08/28/2018, under Seq # 1304, in the amount of $105.00;

10.    Tech Medical Office vs. Kristen Banfi, under Index Number 15-16710, recorded with the Clerk of Suffolk County, State of New York, on 09/28/2016, under Seq # 156, in the amount of $53,818.75,

11.    J T M Billing vs. Kristen Banfi, under Index Number CV-007892 14 CE, recorded with the Clerk of Suffolk County, State of New York, on 01/6/2016, under Seq # 381, in the amount of $2,190.28,

12.    Suffolk Plastic Surgeons P C vs. Kristen Banfi, under Index Number CV 00092616 HU, recorded with the Clerk of Suffolk County, State of New York, on 04/20/2017, under Seq # 771, in the amount of $15,715,

13.    Eastern Infectious Disease Assoc P C vs. Kristen Banfi, under Index Number CV 004390 13 CE, recorded with the Clerk of Suffolk County, State of New York, on 11/08/2017, under Seq # 95, in the amount of $846.53,

And it is further

**ORDERED**, that upon the entry of a discharge order, the Clerk of Suffolk County shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforementioned judicial liens as liens against the Debtors' real property located at 79 Friendship Drive, _____ 11778.

**Dated: June 9, 2021**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**

3